Thomas C. Horne, Esq. SBA 002951
**HORNE SLATON, PLLC**
6720 North Scottsdale Road, Suite 285
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
Email: horne@horneslaton.com
*Attorneys for Plaintiff*

IN THE UNITED IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Lewis Brown, | NO. CV-18-04465-PHX-DWL-ESW |
| Plaintiff, | |
| vs. | Motion to Withdraw as Attorney for Plaintiff |
| County of Maricopa, et al., | |
| Defendant(s). | |

    Undersigned counsel informed Plaintiff that this firm would not represent him in the appeal of this matter. We did agree, however, to prepare a Notice of Appeal that he could sign as pro per, which was done. While the document number on The Notice of Appeal was correct, there was an error in the caption, and the Notice had to be refiled. As the time for appeal was about to expire, there was no time to obtain the Plaintiff's signature so we had to sign as attorney for the Plaintiff.

    Consistent with what counsel originally told Plaintiff, and the fact that the filing was done as an accommodation because the statute of limitations being imminent, it, is respectfully requested that this firm be withdrawn as counsel, and that

communications to the Plaintiff as Appellant Pro Per be to the following address:

> Edward Lewis Brown T595762
> Maricopa County Sheriff
> Lower Buckeye Jail
> 3250 West Lower Buckeye Road
> Phoenix, Arizona 85009
> 602-876-0322

Dated March 3, 2020.

                        **HORNE SLATON, PLLC**

                        By: */s/ Thomas C. Horne*
                              Thomas C. Horne, Esq.
                              *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served upon the following through the District court's CM/ECF system on March 3, 2020:

Kathleen L. Wieneke, Esq.
WIENEKE LAW GROUP
1095 W Rio Salado Pkwy ▪ Suite 209 ▪
Tempe, AZ 85281
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Attorneys for Defendants City of Phoenix
and Kenneth Silvia

I further certify that a copy of the foregoing was sent on March 3, 2020, via U.S. Mail to all non-registered recipients and/or parties who have not made an appearance listed as follows.

Edward Lewis Brown T595762
Maricopa County Sheriff
Lower Buckeye Jail
3250 West Lower Buckeye Road
Phoenix, Arizona 85009

By:  *MBL*